

DAVID L. MCGEE

DIRECT DIAL
(850) 469-3332

EMAIL ADDRESS
dlm@beggslane.com

ADMITTED IN FLORIDA AND TEXAS

POST OFFICE BOX 12950
PENSACOLA, FLORIDA 32591-2950
TELEPHONE (850) 432-2451
FAX (850) 469-3331

E. DIXIE BEGGS
1908 – 2001

BERT H. LANE
1917 - 1981

April 4, 2017

**By Electronic Filing and By Hand**

Office of the Clerk of the Court
Attn: Ms. Angela D. Caesar
United States District Court
For the District of Columbia
Clerk's Office, Room 1225
333 Constitution Avenue, NW
Washington, D.C. 20001

    Re: *Christine Levinson, et al. v. Islamic Republic of Iran*

Dear Clerk of the Court:

    As counsel to the Plaintiffs in the above-captioned case, I respectfully request your assistance to effect service in this matter on the Defendants, the Islamic Republic of Iran and the Islamic Revolutionary Guard Corps, pursuant to 28 U.S.C. § 1608(a)(4).

    Pursuant to local procedures as outlined in the Court's Attorney Manual for Service of Process on a Foreign Defendant, because the defendant in this case is Iran, plaintiff need not attempt service pursuant to provisions 28 U.S.C. §§ 1608(a)(1)-(3) prior to requesting service under § 1608(a)(4).

    In such circumstances, under 28 U.S.C. § 1608(a)(4), the Clerk of the Court shall send "two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state [in this case, a Farsi translation], by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service through diplomatic channels.

    As such, I have enclosed for each defendant: (1) Two copies of the Complaint; (2) Two copies of the summons; (3) Two copies of the Notice of Suit (attached to each of which is a copy of the Foreign Sovereign Immunities Act); and (4) Two copies of each document translated into Farsi, the official language of the Islamic Republic of Iran.

    We respectfully request that the Clerk's Office take the necessary steps to dispatch these materials to effect service on Defendants pursuant to 28 U.S.C. § 1608(a)(4). The address below should be used for dispatching the enclosed documents to the Director of Special Consular Services:

        U.S. Department of State
        Director, Overseas Citizens Services
        Office of Legal Affairs (CA/OCS/L)
        SA-17, 10th Floor,
        2201 C Street N.W.
        Washington, D.C. 20522-1710

Pursuant to the Court's Attorney Manual for Service of Process on a Foreign Defendant, Plaintiffs' counsel is prepared to take the package to the Post Office to be mailed after the Clerk's Office reviews and seals the package. Plaintiffs' counsel will then return the stamped Certified Mail Receipt to the Clerk's Office for further processing.

Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to call me at (334) 269-3159.

Sincerely,

David L. McGee
For the Firm

DLM/rlg
Enclosures