IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINE LEVINSON, as Conservator for
ROBERT LEVINSON; CHRISTINE LEVINSON,
SUSAN LEVINSON BOOTHE, STEPHANIE
LEVINSON CURRY, SARAH LEVINSON
MORIARTY, SAMANTHA LEVINSON,
DAN LEVINSON, DAVID LEVINSON and
DOUGLAS LEVINSON,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 1:17-cv-00511-RBW

THE ISLAMIC REPUBLIC OF IRAN,
c/o Ministry of Foreign Affairs,

    Defendant.
_____/

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiffs, hereby request that that the Clerk mail a copy of the summons, complaint and notice of suit to:

> The Islamic Republic of Iran
> c/o Ministry of Foreign Affairs
> Khomeni Avenue, United Nations Street
> Tehran, Iran

by registered mail, return receipt requested pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

I certify that I believe this method of service is authorized by the domestic law of United States and Iran.

Dated this 8th day of May, 2018.

                                          /s/ David L. McGee
                                        David L. McGee
                                        FL Bar No. 220000
                                        dlm@beggslane.com
                                        J. Nixon Daniel, III

FL Bar No. 228761
jnd@beggslane.com
Gregory R. Miller
FL Bar No. 284777
grm@beggslane.com
Charles T. Wiggins
FL Bar No. 0048021
Beggs & Lane, RLLP
P.O. Box 12950
Pensacola, Florida 32591-2950
(850) 432-2451 (Main)
(850) 469-3331 (Facsimile)
Counsel for Plaintiffs
(Admitted Pro Hac Vice)

James A. Byram, Jr.
DC Bar No. AL0001
jbyram@balch.com
Balch & Bingham, LLP
105 Tallapoosa Street, Suite 2000
Montgomery, AL  36104
(334) 269-3159 (Main)
(334) 269-3115 (Facsimile)
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2018, the above and foregoing was filed via E-Filing which will serve all parties of record.

/s/ David L. McGee
David L. McGee
FL Bar No. 220000
dlm@beggslane.com
J. Nixon Daniel, III
FL Bar No. 228761
jnd@beggslane.com
Gregory R. Miller
FL Bar No. 284777
grm@beggslane.com
Charles T. Wiggins
FL Bar No. 0048021
ctw@beggslane.com
Beggs & Lane, RLLP
P.O. Box 12950
Pensacola, Florida 32591-2950

(850) 432-2451 (Main)
(850) 469-3331 (Facsimile)
Counsel for Plaintiffs
(Admitted Pro Hac Vice)

James A. Byram, Jr.
DC Bar No. AL0001
jbyram@balch.com
Balch & Bingham, LLP
105 Tallapoosa Street, Suite 2000
Montgomery, AL  36104
(334) 269-3159 (Main)
(334) 269-3115 (Facsimile)
Counsel for Plaintiffs