UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINE LEVINSON *et al.*,

    *Plaintiffs*,

v.

ISLAMIC REPUBLIC OF IRAN,

    *Defendant*.

Civil Action No. 17-511 (TJK)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that judgment is entered in favor of Plaintiffs and against Defendant for compensatory damages, in the following amounts: $47,500,000 to Robert Levinson for pain and suffering; $14,000,000 to Christine Levinson for loss of solatium; and $6,500,000 each to Susan Levinson Boothe, Stephanie Levinson Curry, Sarah Levinson Moriarty, Daniel Levinson, David Levinson, Samantha Levinson and Douglas Levinson for loss of solatium, for a total award of compensatory damages of $107,000,000.  It is **FURTHER ORDERED** that in addition to the above compensatory damages, each of the nine Plaintiffs are entitled to punitive damages in the amount of $150,000,000, for a total of $1,350,000,000 in punitive damages.  This is a final, appealable order.  The Clerk of the Court is directed to close the case.

    **SO ORDERED.**

                                      /s/ Timothy J. Kelly
                                      TIMOTHY J. KELLY
                                      United States District Judge

Date: October 1, 2020