AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ROBERT LEVINSON et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 17-CV-0511 (TJK) |
| ISLAMIC REPUBLIC OF IRAN | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   ORDERED that judgment is entered in favor of Plaintiffs and against Defendant for compensatory damages, in the total amount of $107,000,000 and further ORDERED that in addition to the above compensatory damages, each of the nine Plaintiffs are entitled to punitive damages in the amount of $150,000,000, for a total of $1,350,000,000 in punitive damages.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Timothy J. Kelly   on a motion for
Motion to Appoint Special Master and Order adopting Report and Recommendation and Awarding Damages.

Date:   10/01/2020                                    ANGELA D. CAESAR, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*