

**United States Department of State**

*Washington, D.C.   20520*

March 5, 2021

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: ***Christine Levinson, et al. v. The Islamic Republic of Iran***, **1:17-cv-00511-TJK**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Default (Dated 12/11/2018, Document 35), Order (Dated 3/9/2020, Document 66), Memorandum Opinion (Dated 3/9/2020, Document 67), Order (Dated 10/1/2020, Document 71), Memorandum Opinion (Dated 10/1/2020, Document 72), Judgment in a Civil Action (Dated 10/1/2020, Document 73), and Notice of Default Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1008-IE, dated January 27, 2021 and delivered on February 3, 2021. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser



RECEIVED
Mail Room

MAR 1 2 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc:     Sonya D. Dobbs
         Beggs & Lane, RLLP
         501 Commendencia St.
         Pensacola, FL 32502-5953



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland     )
Bern, Canton of Bern         ) SS:
Embassy of the United States of America  )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

Lisa I. OVERMAN
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

February 19, 2021
(Date)





SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )

I, Lisa I. Overman, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 27381 dated December 18, 2020, which was transmitted to the Swiss Ministry of Foreign Affairs on December 23, 2020 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.



_____
(Signature of Consular Officer)


_____
Lisa I. OVERMAN
(Typed name of Consular Officer)


_____
Consul of the United States of America
(Title of Consular Officer)


_____
February 19, 2021
(Date)

<u>SPECIFIC AUTHENTICATION CERTIFICATE</u>

Confederation of Switzerland      )
Bern, Canton of Bern           ) SS:
Embassy of the United States of America  )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Gaëlle CAFARO-VULLIERAT
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Lisa I. OVERMAN
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

February 19, 2021
(Date)