UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE LEVINSON *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>*Defendant*. | Civil Action No. 17-511 (TJK) |

# ORDER

This matter is before the Court on Plaintiffs' motion for an order pursuant to 28 U.S.C. § 1610(c). ECF No. 86. Under that provision, execution or attachment of property as provided in 28 U.S.C. §§ 1610(a)–(b) is permitted only if the Court "ordered such attachment and execution after having determined that a reasonable period of time has elapsed following the entry of judgment and the giving of any notice required under" 28 U.S.C. § 1608(e). 28 U.S.C. § 1610(c). Based on the representations in Plaintiffs' motion, and the entirety of the record, the Court finds that Plaintiffs have given Defendant proper notice of the Court's October 1, 2020 Order entering judgment against Defendant, as required by 28 U.S.C. § 1608(e), and that a reasonable period of time has elapsed since the entry of judgment and the giving of notice. Accordingly, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs may proceed to collect the final default judgment by attachment or execution against the assets of Defendant.

**SO ORDERED.**

/s/ Timothy J. Kelly<br>TIMOTHY J. KELLY<br>United States District Judge

Date: April 23, 2021